**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Nathaniel Timmons
Plaintiff,
v.
LYTX, INC, et al.
Defendant.

Case No.: 1:22−cv−05068
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2022:

MINUTE entry before the Honorable Edmond E. Chang: This docket entry is posted in both 1:21−cv−5427 and 1:22−cv−5068. (1.) On review of the status report, the Plaintiffs shall file a Consolidated Amended Complaint by 11/10/2022 in 1:21−cv−5427. If Defendant Gemini is going to move to sever, then Gemini shall do so by 10/24/2022. The Plaintiffs' response is due by 10/31/2022. Gemini's reply is due on 11/04/2022. For now, both dockets shall remain open, but filings shall be made only in 1:21−cv−5427. (2.) The Defendants shall respond to the Consolidated Amended Complaint by 12/12/2022. If the Defendants file a motion to dismiss, then the Plaintiffs' response is due by 01/12/2023. The Defendants' reply is due by 01/26/2023. (3.) The Plaintiffs' counsel shall file the motion to serve as Interim Class Counsel by 10/27/2022. If there is a defense response, it will be due by 11/10/2022. The reply is due by 11/17/2022. The Court appreciates the parties' detailed conferral. The tracking status hearing of 10/21/2022 is reset to 11/02/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.